B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sears, Indra Malhan** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Sears, Federick** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5120** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9329** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1301 Rustlewood Drive**<br>**Brandon, FL**<br>ZIP Code **33510** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1301 Rustlewood Drive**<br>**Brandon, FL**<br>ZIP Code **33510** |
| County of Residence or of the Principal Place of Business:<br>**Hillsborough** | County of Residence or of the Principal Place of Business:<br>**Hillsborough** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ☐ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br> ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br> ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br> ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br> ☐ A plan is being filed with this petition.<br> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)                                                                                                                    Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Sears, Indra Malhan**<br>**Sears, Frederick** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____    9-11-08<br>Signature of Attorney for Debtor(s)           (Date)<br>**David W. Steen 221546** |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)

Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Sears, Indra Malhan<br>Sears, Federick |

Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor  **Indra Malhan Sears**

X _____
Signature of Joint Debtor  **Federick Sears**

_____
Telephone Number (If not represented by attorney)

9.9.08
_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**David W. Steen 221546**
_____
Printed Name of Attorney for Debtor(s)

**David W. Steen P.A.**
_____
Firm Name

**602 South Boulevard**
**Tampa, FL 33606**

_____
Address

**Email: dwslaw@yahoo.com**
**813-251-3000  Fax: 813-251-3100**
_____
Telephone Number

9-11-08
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

## United States Bankruptcy Court
### Middle District of Florida

In re    Indra Malhan Sears
        Federick Sears                                         Case No. _____

                                Debtor(s)      Chapter    11  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

□ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

□ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1, Exh. D (10/06) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____
                              **Indra Malhan Sears**

Date: _____9.9.08_____

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Indra Malhan Sears**
      **Federick Sears**                     Case No. _____

                                  Debtor(s)         Chapter    11

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1, Exh. D (10/06) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____
                          Federick Sears

Date: ___9·9·08_____

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Indra Malhan Sears,**
        **Federick Sears**

Case No. _____

                              Debtors

Chapter_____11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,304,000.00 | | |
| B - Personal Property | Yes | 5 | 90,748.66 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 2,811,400.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 12,299.42 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 425,856.07 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 10,100.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 13,833.38 |
| Total Number of Sheets of ALL Schedules | | 25 | | | |
| Total Assets | | | 2,394,748.66 | | |
| Total Liabilities | | | | 3,249,555.49 | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Indra Malhan Sears,**
         **Federick Sears**

Case No. _____

Debtors

Chapter _____ 11 _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 7,799.42 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 7,799.42 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 10,100.00 |
| Average Expenses (from Schedule J, Line 18) | 13,833.38 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 10,100.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 495,725.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 7,799.42 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 425,856.07 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 921,581.07 |

B6A (Official Form 6A) (12/07)

In re    **Indra Malhan Sears,**                                                    Case No. _____
         **Federick Sears**

_____
                        Debtors
## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 710 7th Street, Union City, N.J. - 5 Family Unit | Fee simple | W | 385,000.00 | 385,000.00 |
| 2808 Anthony Drive, Tampa, FL  33619 -  2 family unit | Tenancy by entirety | J | 79,000.00 | 65,000.00 |
| 2810 Anthony Drive, Tampa, FL  33619 - 2 Family Unit | Tenancy by entirety | J | 79,000.00 | 92,000.00 |
| 2812 Anthony Drive, Tampa, FL  33619 - 2 Family Unit | Tenancy by entirety | J | 79,000.00 | 98,000.00 |
| 3013 73rd Street, Tampa, FL  33619 - single family unit | Tenancy by entirety | J | 79,000.00 | 183,000.00 |
| 2045 Mustang Court, St. Cloud, FL  34771 - empty lot | Tenancy by entirety | J | 73,000.00 | 85,000.00 |
| Homestead: 1301 Rustlewood Drive, Brandon, FL 33510 | Tenancy by entirety | J | 450,000.00 | 521,000.00 |
| 5007 Lake Toscana Drive, Wimaumau,m FL  33598 | Tenancy by entirety | J | 450,000.00 | 665,000.00 |
| 1603 Casonwood Drive, Plant City, FL 33563 - Single Family rental | Tenants in Common | J | 190,000.00 | 262,000.00 |
| BK 32, Lot 11, Port Labelle, Unit 102, F133471 | Tenancy by entirety | J | 15,000.00 | 0.00 |
| 264 Shaler Boulevard, Ridgefield, NY 07657 - 2 Family Rental Unit | Fee simple | W | 425,000.00 | 498,500.00 |

|  | Sub-Total > | 2,304,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 2,304,000.00 | |

(Report also on Summary of Schedules)

__0__   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07)

In re    **Indra Malhan Sears,**
         **Federick Sears**
                        Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on Hand** | J | 10.55 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account** | J | 200.00 |
| | | | **Savings Account** | J | 75.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

Sub-Total >      285.55
(Total of this page)

  **4**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **Indra Malhan Sears,**
      **Frederick Sears**

Case No. _____

_____
Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Sitting Room: wall unit, love seat, chair, 3 side tables, center table, lamp, tv, miscellaneous ornaments, miscellaneous wall decorations, and rug;** Sun Room: rug, couch, small table, and miscellaneous ornaments; Corridor: wall decorations and miscellaneous ornaments; Living Room: settee, 2 center table, floor ornaments, painitng, miscellaneous ornaments, books, cds, dvds, picture frames, chess set, tv, dvd player/vcr, and rug; Kitchen: refrigerator,m stove, dishwasher, microwave, oven, miscellaneous dinnerware, glasses, cups, cutlery, and utensils; Exercise Room: floor lamp, treadmill, ellipticals, rowing machine, ab lounger, 50 lbs of free weights, settee, air hockey table, miscellaneous wall units and a tv; Dining Room: table with 8 chairs, miscellaneous dinnerware, china cabinet, miscellaneous wall units, and a rug; Bedroom #1: tv, bedroom set, wall unit, wardrobe, lamp, and rug; Bedroom #2: bed, dresser with mirror and rug; Bedroom #3: rug, bed, bedside table, bookcase, miscellaneous books, clothing rack, and lamp; Bedroom #4: rug, bed, dresser with mirror, desk, miscellanous books, lamps, and clock radio;** | J | 3,200.00 |
| | | **Den: 3 desks, 3 computers, couch, center table, hammock, 3 filing cabinets, 2 computer stands, fax/printer, painting, miscellaneous ornaments, 2 wase baskets, paper shredder and rug; Additional rug: settee, inflatable bed, and tv** | J | 150.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **30 Shirts, 10 pair of slacks, 12 pair of shorts, 2 suits, 2 jackets, 24 t-shirts, 8 pair of shoes and miscellaneous undergarments** | H | 75.00 |
| | | **25 blouses, 8 skirts, 10 pair of slacks, 10 dresses, 6 suits, 20 shoes, and miscellaneous undergarments** | W | 69.00 |
| 7. Furs and jewelry. | | **2 chains, bracelet, wedding ring and 2 watches** | H | 200.00 |

Sub-Total >      **3,694.00**
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Indra Malhan Sears,**          Case No. _____
       **Federick Sears**

                                        ,
                              Debtors
                **SCHEDULE B - PERSONAL PROPERTY**
                        (Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| | | | 10 pair of earrings, 4 chains, wedding ring, engagement rud, pair of bangles, 2 watches, and 10 miscellaneous odd pieces - missing parts | W | 350.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Met Life insurance** | W | 300.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. | Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. | Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. | Accounts receivable. | X | | | |
| 17. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. | Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

                                        Sub-Total >          650.00
                                        (Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Indra Malhan Sears,**
        **Federick Sears**

Case No. _____

Debtors

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Chevrolet Avalanche** | J | **25,000.00** |
| | | **2007 Mazda RX8** | J | **18,775.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **steam table - 4 hole; 45# fryer; refrigerator, freezer; 6 burner stove with 24" grill** | J | **40,000.00** |

Sub-Total >   **83,775.00**
(Total of this page)

Sheet   **3**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Indra Malhan Sears,**
       **Federick Sears**                                  Case No. _____

                                       Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Fuel remaining in tank at Five Star Premium gas station** | **J** | **2,344.11** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | **2,344.11** |
| (Total of this page) | |
| Total > | **90,748.66** |

(Report also on Summary of Schedules)

Sheet  **4**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re    **Indra Malhan Sears,**
      **Federick Sears**

Case No. _____

_____,
Debtors

# SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
    $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Homestead: 1301 Rustlewood Drive, Brandon, FL 33510 | Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01, 222.02, 222.05 | 450,000.00 | 450,000.00 |
| **Cash on Hand** | | | |
| Cash on Hand | Fla. Const. art. X, § 4(a)(2) | 10.55 | 10.55 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account | Fla. Stat. Ann. § 222.11(2)(a) | 200.00 | 200.00 |
| Savings Account | Fla. Stat. Ann. § 222.11(2)(a) | 75.00 | 75.00 |
| **Household Goods and Furnishings** | | | |
| Sitting Room:  wall unit, love seat, chair, 3 side tables, center table, lamp, tv, miscellaneous ornaments, miscellaneous wall decorations, and rug;<br>Sun Room:  rug, couch, small table, and miscellaneous ornaments;<br>Corridor:  wall decorations and miscellaneous ornaments;<br>Living Room:  settee, 2 center table, floor ornaments, painitng, miscellaneous ornaments, books, cds, dvds, picture frames, chess set, tv, dvd player/vcr, and rug;<br>Kitchen:  refrigerator,m stove, dishwasher, microwave, oven, miscellaneous dinnerware, glasses, cups, cutlery, and utensils;<br>Exercise Room:  floor lamp, treadmill, ellipticals, rowing machine, ab lounger, 50 lbs of free weights, settee, air hockey table, miscellaneous wall units and a tv;<br>Dining Room:  table with 8 chairs, miscellaneous dinnerware, china cabinet, miscellaneous wall units, and a rug;<br>Bedroom #1:  tv, bedroom set, wall unit, wardrobe, lamp, and rug;<br>Bedroom #2:  bed, dresser with mirror and rug;<br>Bedroom #3:  rug, bed, bedside table, bookcase, miscellaneous books, clothing rack, and lamp;<br>Bedroom #4:  rug, bed, dresser with mirror, desk, miscellanous books, lamps, and clock radio; | Fla. Const. art. X, § 4(a)(2) | 3,200.00 | 3,200.00 |
| Den:  3 desks, 3 computers, couch, center table, hammock, 3 filing cabinets, 2 computer stands, fax/printer, painting, miscellaneous ornaments, 2 wase baskets,  paper shredder and rug;<br>Additional rug:  settee, inflatable bed, and tv | Fla. Const. art. X, § 4(a)(2) | 150.00 | 150.00 |

  _1_   continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (12/07)

In re      **Indra Malhan Sears,**                                                    Case No. _____
           **Federick Sears**

_____
                      Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ■ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
  ☐ 11 U.S.C. §522(b)(2)
  ■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Homestead: 1301 Rustlewood Drive, Brandon, FL  33510 | Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01, 222.02, 222.05 | 450,000.00 | 450,000.00 |
| **Cash on Hand** | | | |
| Cash on Hand | Fla. Const. art. X, § 4(a)(2) | 10.55 | 10.55 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account | Fla. Stat. Ann. § 222.11(2)(a) | 200.00 | 200.00 |
| Savings Account | Fla. Stat. Ann. § 222.11(2)(a) | 75.00 | 75.00 |
| **Household Goods and Furnishings** | | | |
| Sitting Room:  wall unit, love seat, chair, 3 side tables, center table, lamp, tv, miscellaneous ornaments, miscellaneous wall decorations, and rug; Sun Room:  rug, couch, small table, and miscellaneous ornaments; Corridor:  wall decorations and miscellaneous ornaments; Living Room:  settee, 2 center table, floor ornaments, painitng, miscellaneous ornaments, books, cds, dvds, picture frames, chess set, tv, dvd player/vcr, and rug; Kitchen:  refrigerator,m stove, dishwasher, microwave, oven, miscellaneous dinnerware, glasses, cups, cutlery, and utensils; Exercise Room:  floor lamp, treadmill, ellipticals, rowing machine, ab lounger, 50 lbs of free weights, settee, air hockey table, miscellaneous wall units and a tv; Dining Room:  table with 8 chairs, miscellaneous dinnerware, china cabinet, miscellaneous wall units, and a rug; Bedroom #1:  tv, bedroom set, wall unit, wardrobe, lamp, and rug; Bedroom #2:  bed, dresser with mirror and rug; Bedroom #3:  rug, bed, bedside table, bookcase, miscellaneous books, clothing rack, and lamp; Bedroom #4:  rug, bed, dresser with mirror, desk, miscellanous books, lamps, and clock radio; | Fla. Const. art. X, § 4(a)(2) | 3,200.00 | 3,200.00 |
| Den:  3 desks, 3 computers, couch, center table, hammock, 3 filing cabinets, 2 computer stands, fax/printer, painting, miscellaneous ornaments, 2 wase baskets,  paper shredder and rug; Additional rug:  settee, inflatable bed, and tv | Fla. Const. art. X, § 4(a)(2) | 150.00 | 150.00 |

  __1__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6C (Official Form 6C) (12/07) -- Cont.

In re     **Indra Malhan Sears,**                          Case No. _____
          **Federick Sears**

                                              Debtors
                    **SCHEDULE C - PROPERTY CLAIMED AS EXEMPT**
                                        (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Wearing Apparel** | | | |
| 30 Shirts, 10 pair of slacks, 12 pair of shorts, 2 suits, 2 jackets, 24 t-shirts, 8 pair of shoes and miscellaneous undergarments | Fla. Const. art. X, § 4(a)(2) | 75.00 | 75.00 |
| 25 blouses, 8 skirts, 10 pair of slacks, 10 dresses, 6 suits, 20 shoes, and miscellaneous undergarments | Fla. Const. art. X, § 4(a)(2) | 69.00 | 69.00 |
| **Furs and Jewelry** | | | |
| 2 chains, bracelet, wedding ring and 2 watches | Fla. Const. art. X, § 4(a)(2) | 200.00 | 200.00 |
| 10 pair of earrings, 4 chains, wedding ring, engagement rud, pair of bangles, 2 watches, and 10 miscellaneous odd pieces - missing parts | Fla. Const. art. X, § 4(a)(2) | 350.00 | 350.00 |
| **Interests in Insurance Policies** | | | |
| Met Life insurance | Fla. Stat. Ann. § 222.13 | 300.00 | 300.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2007 Chevrolet Avalanche | Fla. Stat. Ann. § 222.25(1) | 1,000.00 | 25,000.00 |
| 2007 Mazda RX8 | Fla. Stat. Ann. § 222.25(1) | 1,000.00 | 18,775.00 |
| **Inventory** | | | |
| steam table - 4 hole; 45# fryer; refrigerator, freezer; 6 burner stove with 24" grill | Fla. Const. art. X, § 4(a)(2) | 40,000.00 | 40,000.00 |

|  | Total: | 496,629.55 | 538,404.55 |
|---|---|---|---|

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Indra Malhan Sears,**
**Federick Sears**

Case No. _____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor",include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx3546**<br><br>**America Home Mtg Svcg**<br>P O Box 631730<br>Irving, TX 75063 | J | | Mortgage<br><br>**Homestead: 1301 Rustlewood Drive, Brandon, FL 33510**<br><br>Value $              450,000.00 | | | | 521,000.00 | 71,000.00 |
| Account No. **xxxxx1108**<br><br>**ASC**<br>P O Box 1820<br>Newark, NJ 07101 | J | | Mortgage<br><br>**2808 Anthony Drive, Tampa, FL 33619 - 2 family unit**<br><br>Value $               79,000.00 | | | | 65,000.00 | 0.00 |
| Account No. **xxxxx1139**<br><br>**ASC**<br>P O Box 1820<br>Newark, NJ 07101 | J | | First Mortgage<br><br>**3013 73rd Street, Tampa, FL 33619 - single family unit**<br><br>Value $               79,000.00 | | | | 64,000.00 | 0.00 |
| Account No. **xxxxx8977**<br><br>Countrywide<br>P O Box 660625<br>Dallas, TX 75266-0625 | J | | Second Mortgage<br><br>**710 7th Street, Union City, N.J. - 5 Family Unit**<br><br>Value $              385,000.00 | | | | 112,000.00 | 0.00 |

__3__  continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| 762,000.00 | 71,000.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07) - Cont.

In re  **Indra Malhan Sears,**                                        Case No. _____
        **Federick Sears**
_____,
                                    Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **xxxxxxxx and xxxxx0675** | | | | | **First and Second Mortgages** | | | | | |
| **Countrywide** P O Box 660625 Dallas, TX 75266-0625 | J | | | | **5007 Lake Toscana Drive, Wimaumau,m FL  33598** | | | | | |
| | | | | | Value $            450,000.00 | | | | 665,000.00 | 215,000.00 |
| Account No. **xxxxxxxx & xxxxx2838** | | | | | **First & Second Mortgages** | | | | | |
| **Countrywide** P O Box 660625 Dallas, TX 75266-0625 | J | | | | **1603 Casonwood Drive, Plant City, FL 33563 - Single Family rental** | | | | | |
| | | | | | Value $            190,000.00 | | | | 262,000.00 | 72,000.00 |
| Account No. **xxxx7212** | | | | | **First Mortgage** | | | | | |
| **EMC** P O Box 660753 Dallas, TX 75266 | W | | | | **264 Shaler Boulevard, Ridgefield, NY 07657 - 2 Family Rental Unit** | | | | | |
| | | | | | Value $            425,000.00 | | | | 446,000.00 | 21,000.00 |
| Account No. **xxxxxx4303** | | | | | **Second Mortgage** | | | | | |
| **GMAC** c/o Leonard B. Zucker, Esq. P O Box 1024 Mountainside, NJ 07092-0024 | W | | | | **264 Shaler Boulevard, Ridgefield, NY 07657 - 2 Family Rental Unit** | | | | | |
| | | | | | Value $            425,000.00 | | | | 52,500.00 | 52,500.00 |
| Account No. | | | | | **Purchase Money Security** | | | | | |
| **GMAC** P O Box 380902 Minneapolis, MN 55438 | J | | | | **2007 Chevrolet Avalanche** | | | | | |
| | | | | | Value $             25,000.00 | | | | 38,000.00 | 13,000.00 |

Sheet  __1__  of  __3__  continuation sheets attached to                          Subtotal         1,463,500.00    373,500.00
Schedule of Creditors Holding Secured Claims                   (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Indra Malhan Sears,**                             Case No. _____
               **Federick Sears**

                                     Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>GMAC<br>P O Box 380902<br>Minneapolis, MN 55438 | | J | **Purchase Money Security**<br><br>**2007 Mazda RX8**<br><br><br>Value $        18,775.00 | | | | 26,000.00 | 7,225.00 |
| Account No. xxxxxx9662 <br><br>Saxon Mortgage<br>P O Box 961105<br>Fort Worth, TX 76161 | | J | Mortgage<br><br>2810 Anthony Drive, Tampa, FL  33619 - 2 Family Unit<br><br>Value $        79,000.00 | | | | 92,000.00 | 13,000.00 |
| Account No. xxxxxx9650 <br><br>Saxon Mortgage<br>P O Box 961105<br>Fort Worth, TX 76161 | | J | Mortgage<br><br>2812 Anthony Drive, Tampa, FL  33619 - 2 Family Unit<br><br>Value $        79,000.00 | | | | 98,000.00 | 19,000.00 |
| Account No. xxxxxx2415 <br><br>Washington Mutual<br>P.O. Box 78148<br>Phoenix, AZ 85062-8148 | | J | **First Mortgage**<br><br>710 7th Street, Union City, N.J. - 5 Family Unit<br><br>Value $        385,000.00 | | | | 273,000.00 | 0.00 |
| Account No. xx9937 <br><br>Wilshire Credit Corp.<br>P O Box 105344<br>Atlanta, GA 30348-5344 | | J | **Second Mortgage**<br><br>3013 73rd Street, Tampa, FL  33619 - single family unit<br><br>Value $        79,000.00 | | | | 11,900.00 | 0.00 |

Sheet **2** of **3** continuation sheets attached to           Subtotal                  500,900.00          39,225.00
Schedule of Creditors Holding Secured Claims       (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Indra Malhan Sears,**                                              Case No. _____
        **Federick Sears**
_____,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **x6701** <br><br> **Yale Mortgage** <br> **P O Box 1189** <br> **Miami, FL 33137** | | J | **Mortgage** <br><br> **2045 Mustang Court, St. Cloud, FL 34771 - empty lot** <br><br> Value $  **73,000.00** | | | | **85,000.00** | **12,000.00** |
| Account No. | | | <br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br> Value $ | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 85,000.00 | 12,000.00 |
| Total <br> (Report on Summary of Schedules) | 2,811,400.00 | 495,725.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037