UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

*In re*
**INDRA MALHAN SEARS and**
**FEDERICK SEARS,**           Case No.: 8:08-bk-13923-CPM
     **Debtors.**              Chapter 11
_____/

## MOTION TO DETERMINE SECURED STATUS

INDRA MALHAN SEARS and FEDERICK SEARS, the Debtors herein, do hereby file this Motion to Determine Secured Status pursuant to 11 U.S.C. § 506(a)(1) of the Bankruptcy Code, and states that:

1. The Debtors filed their voluntary petition for relief under Chapter 11 of the Bankruptcy Code on September 11, 2008.

2. The property involved is Debtor's real property and the building thereon, located at 3013 73rd Street, Tampa, FL 33619 (the "Property").

3. The Property is used as rental property as a supplement to the Debtors' income.

4. ASC ("ASC") asserts it holds a first mortgage on the Property. ASC's scheduled claim has an approximate balance of $64,000.00.

5. A second mortgage is claimed by Wilshire Credit Corp. (hereinafter "Wilshire"). Wilshire's scheduled claim is approximately $11,900.00.

6. As of the date of this Motion, the Debtors believe the fair market value of the Property to be approximately $65,391.00.

7. The Debtors has had the Property appraised by qualified professional. A copy of the Century 21 Beggins Enterprises Strategic Pricing Analysis is

attached hereto as Exhibit "A", and by reference made a part hereof.

8. The Debtors bring this Motion pursuant to 11 U.S.C. § 506(a)(1) for the purpose of requesting this Court to determine that the fair market value of the Property is $65,391.00 as referenced on the Strategic Pricing Analysis.

Wherefore, INDRA MALHAN SEARS and FEDERICK SEARS, request this Court enter an Order granting this Motion, determine the fair market value of the Property to be $65,391.00, find the remainder of ASC's claim and any allowed portion of Wilshire's claim to be a general unsecured claim, and grant such other and further relief as may be just.

DAVID W. STEEN, P. A.

*/s/ M. Lynn Pope*
M. Lynn Pope, Esquire, Of Counsel
Florida Bar No.: 656290
602 South Boulevard
Tampa, FL 33606-2630
Telephone:   (813) 251-3000
Facsimile:   (813) 251-3100
E Mail:   mlplaw@yahoo.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing MOTION TO DETERMINE SECURED STATUS has been furnished by electronic mail and/or United States mail to: United States Trustee, 501 E. Polk Street, Ste. 1200, Tampa, FL 33602; ASC, Attn.: Officer/Director P. O. Box 1820 Newark, NJ 07101; Brenda Glasser, c/o Wilshire Credit Corp., P O Box 105344, Atlanta, GA 30348-5344; and Indra and Federick Sears, 1301 Rustlewood Drive, Brandon, FL 33510, this 5th day of November, 2008.

*/s/ M. Lynn Pope*
M/ Lynn Pope, Esquire, Of Counsel

# Strategic Pricing Analysis

Prepared for: Federerick and Indra Sears
Prepared by: Bob Pasquarello

Beggins Enterprises / Century 21

| SUBJECT PROPERTY: | Square Footage | $65,391 | $63 | 1954 | 2 | 1 | 6,375 | N | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1038 | | | | | | | | | |

3rd St Tampa

## $ Buyers Can Pay

| Comparable Addresses | Square Footage | Listed Price | $/Sq.ft | Year Built | Bedrooms | Baths | Property Size | Garage | Water View | Days On Market | Competitive Advantages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5114 E 20TH AV | 1085 | 59,000 | 54.3779 | 1925 | 2 | 1 | 6834 | 1 Car Garage | N | 11 | |
| 2402 N 68TH ST | 1066 | 42,000 | 39.3996 | 1930 | 2 | 1 | 4996 | None | N | 11 | |
| 8102 RHODE ISLAND DR | 1008 | 129,000 | 127.9762 | 1986 | 3 | 2 | 10219 | None | N | 132 | |
| 3105 N 73RD ST | 1186 | 48,900 | 41 | 1954 | 3 | 1 | None | None | N | 103 | |
| 3405 GORDON CT | 1080 | 75,000 | 69.4444 | 1958 | 3 | 1 | N | N | N | 17 | |
| Averages: | 1085 | 70780 | 66 | 1951 | 3 | 1 | 7350 | | | 55 | |

## $ Buyers Did Pay

| Comparable Addresses | Square Footage | Sold Price | $/Sq.ft | Year Built | Bedrooms | Baths | Property Size | Garage | Water View | Days On Market | Competitive Advantages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2311 N 54TH ST | 1000 | 11,000 | 11 | 1940 | 3 | 1 | 5100 | None | N | 356 | |
| 5617 E 18 Ave | 1025 | 55,000 | 54 | 1942 | 3 | 1 | None | None | N | 0 | |
| 3311 N 73RD ST | 1200 | 142,000 | 118.3333 | 2003 | 3 | 2 | None | None | N | 105 | |
| 3903 GORDON CT | 900 | 44,900 | 49.8889 | 1958 | 3 | 1 | 8398 | None | N | 23 | |
| 3903 GORDON CT | 900 | 55,000 | 61.1111 | 1958 | 3 | 1 | None | None | N | 0 | |
| Averages: | 1049 | 66598 | 63 | 1955 | 3 | 1 | 7149 | | | 74 | |

## $ Buyers Refused to Pay

| Comparable Addresses | Square Footage | Listed Price | $/Sq.ft | Year Built | Bedrooms | Baths | Property Size | Garage | Water View | Days On Market | Competitive Advantages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3704 57TH ST | 1200 | 145,000 | 120.8333 | 2005 | 3 | 2 | 5026 | N | N | 256 | |
| 2407 55TH STREET | 1064 | 105,000 | 98.6842 | 1961 | 3 | 1 | None | N | N | 138 | |
| 5112 E 20TH AV | 1143 | 119,900 | 104.8994 | 1925 | 2 | 1 | 1 Car Garage | N | N | 365 | |
| 3208 N 73RD ST | 1188 | 120,000 | 101.0101 | 2003 | 3 | 2 | None | None | N | 182 | |
| 3108 N 73RD ST | 1188 | 105,000 | 88.3838 | 2003 | 3 | 2 | None | None | N | 182 | |
| Averages: | 1157 | 118980 | 103 | 1979 | 3 | 2 | 5026 | | | 225 | |

## Competing Price Range:

$50,000 to $100,000

- # Competing homes on the Market in the range: 602
- # Homes SOLD in the range in the last 6 months: 299
- Avg sold per Mo.: 49.8
- Backlog in Range (in months): 12.1
- # Competing homes in the neighborhood: 7
- # Homes SOLD in the neighborhood in the last 6 months: 4
- Avg sold per Mo.: 0.7
- Backlog in Neighborhood (in months): 10.5

Regardless of the price I choose, I acknowledge that this SPA has been explained to me:

X _____ Date _____ Seller

X _____ Date _____ Seller