ORDERED.

Dated: June 17, 2016

*Catherine McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

IN RE:                                             CASE NO.: 08-bk-13923-CPM
                                                   CHAPTER 11
**Indra Malhan Sears,**

   Debtor.

**Federick Sears,**

   Joint Debtor.

_____/

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

THIS CASE came on for hearing on June 14, 2016, on MTGLQ INVESTORS, LP's ("Secured Creditor") Motion for Relief from Stay (Docket No. 391). The Court heard argument of the Parties and has based its decision on the record. Accordingly, it is:

**ORDERED**:

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362 is terminated as to the Secured Creditor's interest in the following property located at 2808 ANTHONY DRIVE, TAMPA, FL 33619 in Hillsborough County, Florida, and legally described as:

   LOT 4, BLOCK 3, LOCICERO COLUMBIA PARK, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 32, PAGE 93, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to obtain an *in rem* judgment against the property described above. Secured Creditor shall not seek an *in personam* judgment against Debtors.

4. Secured Creditor is further granted relief in order to contact the Debtors by telephone or written correspondence in order to discuss the possibility of a forbearance agreement, loan modification, refinance agreement or loan workout/loss mitigation agreement.

5. The Secured Creditor's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.

6. Attorneys' fees in the amount of $850.00 and costs in the amount of $176.00 are awarded for the prosecution of this Motion for Relief from Stay, but are not recoverable from the Debtors or the Debtors' Bankruptcy estate.

###

Attorney, Christopher P. Salamone, Esq., is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.